*E-Filed 4/15/11*

1  JENNIFER LEE TAYLOR (161368)
   WILLIAM A. CHRISTOPHER (244125)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, CA  94105-2482
   Telephone:    (415) 268-7000
4  Facsimile:    (415) 268-7522

5  Attorneys for Plaintiff
   NIMBUS DATA SYSTEMS, INC.
6
   COOLEY LLP
7  JANET L. CULLUM (104336) (jcullum@cooley.com)
   ANGELA L. DUNNING (212047) (adunning@cooley.com)
8  AARON M. FENNIMORE (251602) (afennimore@cooley.com)
   Five Palo Alto Square
9  3000 El Camino Real
   Palo Alto, CA  94306-2155
10 Telephone:    (650) 843-5000
   Facsimile:    (650) 857-0663
11
   Attorneys for Defendant
12 NIMBLE STORAGE, INC.

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIMBUS DATA SYSTEMS, INC., | **Case No.  CV:11-1214 RS** |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE ON NIMBUS DATA SYSTEMS, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| NIMBLE STORAGE, INC., | |
| Defendant. | Date:   May 12, 2011<br>Time:   1:30 p.m.<br>Dept.   3<br>Judge:  Honorable Richard Seeborg |

**STIPULATED REQ. FOR CONTINUATION OF
HEARING AND EXTENDED BRIEFING SCHEDULE
C-11-01214 RS**

Pursuant to Northern District of California Local Rule 6-2, Plaintiff Nimbus Data Systems, Inc. ("Nimbus Data") and Defendant Nimble Storage, Inc. ("Nimble Storage") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Nimbus Data filed its Motion for Preliminary Injunction on April 7, 2011 (the "Motion"), seeking to enjoin Nimble Storage from continuing to use NIMBLE and NIMBLE STORAGE as trademarks and trade names on the ground that such use constitutes trademark infringement and is likely to cause consumer confusion;

**WHEREAS**, the hearing date on the Motion is currently scheduled for May 12, 2011 at 1:30 p.m. before the Honorable Richard Seeborg;

**WHEREAS**, Nimble Storage's deadline to file an opposition to the Motion is currently set for April 21, 2011, and Nimbus Data's deadline to file a reply is currently set for April 28, 2011;

**WHEREAS**, Nimble Storage requested, and Nimbus Data agreed, to extend the briefing schedule on the Motion so as to allow Nimble Storage an adequate opportunity to investigate and respond to the issues raised in the Motion;

**WHEREAS**, the Parties and the Court would benefit from a short extension of time to allow the parties to fully brief the issues raised by the Motion; and

**WHEREAS**, there have been no other time modifications requested or granted in the case;

**NOW, THEREFORE**, subject to the approval of this Court, and in accordance with Northern District of California Local Rule 6-2, the Parties hereby stipulate and agree as follows:

**1.** The hearing date on the motion is continued to Thursday, June 9, 2011 at 1:30 p.m. in Courtroom 3 before the Honorable Richard Seeborg;

**2.** The deadline for Nimble Storage to file a brief in opposition to the Motion and any evidence in support thereof is extended to Monday, May 9, 2011; and

///

///

///

///

**3.** The deadline for Nimbus Data to file its reply brief in support of the Motion is extended to May 26, 2011.

**IT IS SO STIPULATED**.

Dated: April 14, 2011

JENNIFER LEE TAYLOR (161368)
WILLIAM A. CHRISTOPHER (244125)
MORRISON & FOERSTER LLP

By: _____/s/_____
       Jennifer Lee Taylor

Attorneys for Plaintiff
NIMBUS DATA SYSTEMS, INC.

Dated: April 14, 2011

COOLEY LLP
JANET L. CULLUM (104336)
ANGELA L. DUNNING (212047)
AARON M. FENNIMORE (251602)

By: _____/s/_____
       Angela L. Dunning

Attorneys for Defendant
NIMBLE STORAGE, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulated Request for Order Extending Briefing Schedule and Hearing Date on Nimbus Data Systems, Inc.'s Motion for Preliminary Injunction.

_____/s/_____
Angela L. Dunning

**IT IS SO ORDERED.**

Date: 4/15/11

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE