*E-Filed 12/13/11*

1  MORRISON & FOERSTER LLP
   JENNIFER LEE TAYLOR (161368) (JTaylor@mofo.com)
2  JULIA D. KRIPKE (267436) (JKripke@mofo.com)
   425 Market Street
3  San Francisco, CA 94105-2482
   Telephone:    (415) 268-7000
4  Facsimile:    (415) 268-7522

5  Attorneys for Plaintiff
   NIMBUS DATA SYSTEMS, INC.
6

7  COOLEY LLP
   JANET L. CULLUM (104336) (jcullum@cooley.com)
8  ANGELA L. DUNNING (212047) (adunning@cooley.com)
   AARON M. FENNIMORE (251602) (afennimore@cooley.com)
9  Five Palo Alto Square
   3000 El Camino Real
10 Palo Alto, CA  94306
   Telephone:    (650) 843-5000
11 Facsimile:    (650) 849-7400

12 Attorneys for Defendant
   NIMBLE STORAGE INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17

18 | NIMBUS DATA SYSTEMS, INC., a | Case No.  C11-01214 RS |
   |---|---|
   | Delaware corporation, | |
19 | | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] REVISED** |
   | Plaintiff, | **CASE MANAGEMENT ORDER** |
20 | | |
   | v. | |
21 | | |
   | NIMBLE STORAGE INC., a Delaware | |
22 | corporation, | |
23 | Defendant. | |

24

25

26

27

28

Plaintiff Nimbus Data Systems, Inc. and Defendant Nimble Storage Inc. hereby submit the following Stipulation and [~~Proposed~~] Revised Case Management Order.

**1.** As discussed in their Joint Status Update on November 18, 2011, the parties participated in a private mediation with Randall W. Wulff, Esq. on December 6, 2011.

**2.** The parties did not reach a resolution of their dispute at the mediation. However, they are interested in continuing to discuss settlement informally and believe that it would serve the interests of the parties and judicial economy if discovery were stayed for a short time and the Case Management Scheduling Order were modified as set forth below to allow those discussions to continue unhindered. The proposed revised schedule would not postpone the hearing date for dispositive motions, the pretrial conference or the date of trial.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties in this action, by and through their respective counsel of record, that:

**1.** No party shall serve discovery or notice depositions before January 11, 2012.

**2.** The Case Management Scheduling Order entered by the Court on July 21, 2011, is modified as follows:

| EVENT | DEADLINE | REVISED DEADLINE |
|---|---|---|
| Completion of fact discovery | February 17, 2012 | March 30, 2012 |
| Designation of experts | March 16, 2012 | April 13, 2012 |
| Designation of Defendant's deductible costs expert[1] | March 23, 2012 | April 20, 2012 |
| Designation of rebuttal experts[2] | April 20, 2012 | May 4, 2012 |
| Completion of expert discovery | May 18 2012 | May 25, 2012 |
| Last day to hear dispositive motions | July 12, 2012 | July 12, 2012 |
| Pretrial conference | August 30, 2012 | August 30, 2012 |
| Trial | September 10, 2012 | September 10, 2012 |

---

[1] Plaintiff intends to seek disgorgement of Defendant's net profits and to offer expert opinion thereon as part of its expert disclosures. The parties agree that Defendant need not offer expert opinion on deductible costs until after Plaintiff provides its expert report on net profits; thus, a separate deadline is included for designation of Defendant's deductible costs expert.

[2] The deadline for the designation of rebuttal experts is for rebuttal to all experts, including Defendant's deductible costs expert.

STIPULATION AND [~~PROPOSED~~] REVISED
CASE MANAGEMENT ORDER
C-11-01214 RS

1

IT IS SO STIPULATED.

Dated: December 12, 2011          MORRISON & FOERSTER LLP

/s/
Jennifer Lee Taylor

Attorneys for Plaintiff
NIMBUS DATA SYSTEMS, INC.

Dated: December 12, 2011          COOLEY LLP

/s/
Angela L. Dunning

Attorneys for Defendant
NIMBLE STORAGE INC.

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Revised Case Management Order.

Dated: December 12, 2011          COOLEY LLP

/s/
Angela L. Dunning

Attorneys for Defendant
NIMBLE STORAGE INC.

**REVISED CASE MANAGEMENT ORDER**

The Court hereby adopts the schedule set forth in Section 17 of the foregoing Revised [Proposed] Case Management Order, and the parties are ordered to comply with this Order.

**IT IS SO ORDERED.**

Dated: 12/13/11

_____
Honorable Richard Seeborg

992614 v1/HN