MORRISON & FOERSTER LLP
JENNIFER LEE TAYLOR (161368) (JTaylor@mofo.com)
JULIA D. KRIPKE (267436) (JKripke@mofo.com)
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
NIMBUS DATA SYSTEMS, INC.

COOLEY LLP
JANET L. CULLUM (104336) (jcullum@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
AARON M. FENNIMORE (251602) (afennimore@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
NIMBLE STORAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIMBUS DATA SYSTEMS, INC., | Case No. C11-01214 RS |
| Plaintiff, | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| NIMBLE STORAGE INC., | |
| Defendant. | |

**STIPULATED DISMISSAL**
**C-11-01214 RS**

sf- 3124875

WHEREAS the undersigned parties to the above-captioned proceeding have resolved the dispute that formed the basis for the claims in these proceedings pursuant to a Confidential Settlement and Coexistence Agreement, entered by the parties on or about April 18, 2012,

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a), that:

**1.** The above-captioned action is dismissed; and

**2.** Each party agrees to be responsible for its own costs, including legal fees, incurred in connection with the above-captioned proceeding.

Dated: April 27, 2012　　　　　　　　　　　MORRISON & FOERSTER LLP

/s/ *Jennifer Taylor*
Jennifer Lee Taylor

Attorneys for Plaintiff
NIMBUS DATA SYSTEMS, INC.

COOLEY LLP

/s/ *Angela L. Dunning*
Angela L. Dunning

Attorneys for Defendant
NIMBLE STORAGE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __5/7/12_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Richard Seeborg
　　　　　　　　　　　　　　　　　　　　United States District Judge