| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | JENNIFER LEE TAYLOR (161368) (JTaylor@mofo.com) |
| 2 | JULIA D. KRIPKE (267436) (JKripke@mofo.com) |
| | 425 Market Street |
| 3 | San Francisco, CA 94105-2482 |
| | Telephone:   (415) 268-7000 |
| 4 | Facsimile:    (415) 268-7522 |
| 5 | Attorneys for Plaintiff |
| | NIMBUS DATA SYSTEMS, INC. |
| 6 | |
| 7 | COOLEY LLP |
| | JANET L. CULLUM (104336) (jcullum@cooley.com) |
| 8 | ANGELA L. DUNNING (212047) (adunning@cooley.com) |
| | AARON M. FENNIMORE (251602) (afennimore@cooley.com) |
| 9 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 10 | Palo Alto, CA  94306 |
| | Telephone:   (650) 843-5000 |
| 11 | Facsimile:    (650) 849-7400 |
| 12 | Attorneys for Defendant |
| | NIMBLE STORAGE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIMBUS DATA SYSTEMS, INC., | Case No.  C11-01214 RS |
| Plaintiff, | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| NIMBLE STORAGE INC., | |
| Defendant. | |

**STIPULATED DISMISSAL**
**C-11-01214 RS**

sf- 3124875

WHEREAS the undersigned parties to the above-captioned proceeding have resolved the dispute that formed the basis for the claims in these proceedings pursuant to a Confidential Settlement and Coexistence Agreement, entered by the parties on or about April 18, 2012,

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a), that:

**1.**   The above-captioned action is dismissed; and

**2.**   Each party agrees to be responsible for its own costs, including legal fees, incurred in connection with the above-captioned proceeding.

Dated: April 27, 2012                         MORRISON & FOERSTER LLP

/s/ *Jennifer Taylor*
Jennifer Lee Taylor

Attorneys for Plaintiff
NIMBUS DATA SYSTEMS, INC.

COOLEY LLP

/s/ *Angela L. Dunning*
Angela L. Dunning

Attorneys for Defendant
NIMBLE STORAGE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __5/7/12_____          _____
                                     Honorable Richard Seeborg
                                     United States District Judge

1

**STIPULATED DISMISSAL**
**C-11-01214 RS**

sf- 3124875